**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 20-6827**

_____

UNITED STATES OF AMERICA,

           Plaintiff - Appellee,

    v.

COREY NICOLAS DUGGINS,

           Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:09-cr-00210-FL-1)

_____

Submitted:  September 22, 2020          Decided:  September 25, 2020

_____

Before NIEMEYER, KEENAN, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Corey Nicolas Duggins, Appellant Pro Se.  Jennifer P. May-Parker, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Corey Nicolas Duggins appeals the district court's order granting in part and denying in part his motion for a sentence reduction under § 404 of the First Step Act of 2018 ("First Step Act"), Pub. L. No. 115-391, 132 Stat. 5194. Although the court found Duggins eligible for relief and reduced his term of supervised release accordingly, the court exercised its discretion not to reduce his term of imprisonment. In so doing, the court accurately described the record; considered Duggins' new Sentencing Guidelines range, the 18 U.S.C. § 3553(a) factors, and Duggins' arguments for a reduction; and explained its reasons for denying the motion. We conclude that the district court did not abuse its discretion in denying Duggins' motion and affirm the court's judgment. *See United States v. Jackson*, 952 F.3d 492, 495-97 (4th Cir. 2020) (reviewing decision on First Step Act motion for abuse of discretion). We deny Duggins' motions for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*